# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANTHONY MISITA AND GLENN AND
LINDA TORRES

NO.  2022 CW 0625

VERSUS

JOHN MAMOULIDES, LAKELOTS,
INC., INTREPID, INC., ONE
CONSORT INTERNATIONAL, LLC,
LAKE RAMSEY DEVELOPMENT, AND
ST. TAMMANY PARISH

SEPTEMBER 12, 2022

---

In Re:    Anthony Misita and Glenn and Linda Torres, applying
          for supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 201314638.

---

BEFORE:   WELCH, PENZATO, AND LANIER, JJ.

**WRIT NOT CONSIDERED.**  This court cannot ascertain the timeliness of the instant writ application because relators, Anthony Misita and Glenn and Linda Torres, did not include a copy of the notice of the trial court's January 10, 2022 order. Further, this writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).  Relators, Anthony Misita and Glenn and Linda Torres, failed to include a copy of the pleadings upon which the ruling was founded.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before September 27, 2022, and must contain a copy of this ruling.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

---
DEPUTY CLERK OF COURT
FOR THE COURT